In re CHURCH AVE. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) In the matter of acquiring title to Church avenue, from Flatbush avenue to Brooklyn avenue, Twenty-Ninth ward, borough of Brooklyn. No opinion. Motion granted, and order resettled.

CHVATAL, Respondent, v. V. J. HEDDEN & SONS CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1904.) Action by Frank Chvatal against V. J. Hedden & Sons Company. No opinion. Motion denied.

In re CITIZENS' TRUST CO. OF UTICA. (Supreme Court, Appellate Division, Fourth Department. March 29, 1904.) In the matter of the application of the Citizens' Trust Company of Utica for designation as a deposit bank. No opinion. Order granted.

CITY OF NEW YORK, Respondent, v. CASTLE BRAID CO., Appellant. (Supreme Court, Appellate Division, First Department. March 25, 1904.) Action by the city of New York against the Castle Braid Company. J. M. Stearns, for appellant. T. Connoly, for respondent. No opinion. Judgment and order affirmed, with costs.

CITY TRUST, SAFE DEPOSIT & SURETY CO., Appellant, v. AMERICAN BREWING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 29, 1904.) Action by the City Trust, Safe Deposit & Surety Company against the American Brewing Company. No opinion. Judgment and orders affirmed, with costs.

CITY TRUST, SAFE DEPOSIT & SURETY CO. v. AMERICAN BREWING CO. (Supreme Court, Appellate Division, Fourth Department. March 29, 1904.) Action by the City Trust, Safe Deposit & Surety Company against the American Brewing Company.

PER CURIAM. Motion for leave to appeal to the Court of Appeals from the decision affirming the order denying the motion to set aside and vacate the assessment of damages granted. The form of the order and the questions to be certified, under section 190, Code Civ. Proc., to be settled by and before Mr. Justice WILLIAMS on two days' notice.

CLARK, Respondent, v. BRETT, Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1904.) Action by Elizabeth A. Clark against Margaret Brett. No opinion. Order affirmed, by default, with $10 costs and disbursements.

CLARK, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1904.) Action by Patrick Clark against the Brooklyn Heights Railroad Company. No opinion. Motion denied.

CLARK, Respondent, v. COMINGS, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 15, 1904.) Action by Sarah J. Clark against George A. Comings. No opinion. Judgment affirmed, with costs.

CLARKE, Respondent, v. WELSH, Appellant. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Action by Joseph Clarke, as administrator, etc., of Anne Clarke, deceased, against Elizabeth B. Welsh. No opinion. Motion denied.

CLEWS v. UNION BAG & PAPER CO. (Supreme Court, Appellate Division, Third Department. March 16, 1904.) Action by Jabez Clews, as administrator of William J. Clews, deceased, against the Union Bag & Paper Company. No opinion. Motion denied.

CLOCKE, Respondent, v. PURDY, Appellant. (Supreme Court, Appellate Division, Second Department. March 18, 1904.) Action by G. De Witt Clocke against R. Anna Purdy. No opinion. Judgment and order affirmed, with costs.

COE, Respondent, v. ROSSITER McGOVERN & CO., Appellant. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Action by Henry E. Coe, as surviving executor, against Rossiter McGovern & Co. R. F. Little, for appellant. E. E. Mercelis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

COHEN, Appellant, v. WAGER, Respondent. (Supreme Court, Appellate Division, First Department. April 22, 1904.) Action by J. Quintus Cohen, as trustee, against Mortimer H. Wager, as president. M. Kirtland, for appellant. F. D. Pollak, for respondent. No opinion. Judgment affirmed, with costs, on authority of 87 App. Div. 255, 84 N. Y. Supp. 377.

COHN v. POLSTEIN. (Supreme Court, Appellate Division, First Department. March 18, 1904.) Action by Louis Cohn against Isaac Polstein. No opinion. Motion denied.

CONGDON, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 29, 1904.) Action by Minnie H. Congdon against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment and order affirmed, with costs.

CONKLING v. WEATHERWAX et al. (Supreme Court, Appellate Division, Third Department. March 15, 1904.) Action by Clarissa Weatherwax Conkling against John T. Weatherwax and others. No opinion. Motion denied.

COOLIDGE v. AMERICAN REALTY CO. (Supreme Court, Appellate Division, First Department. March 18, 1904.) Action by T. Jefferson Coolidge against the American Realty